**SEALED**
**BY ORDER OF THE COURT**

# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
17 Dec. 2021 4:26 PM lrs
Michelle Rynne, Clerk of Court

Craig W. Jerome
Assistant Federal Defender
Craig_jerome@fd.org



300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

Phone (808) 541-2521 ♦ Toll free (877) 541-2521 ♦ Facsimile (808) 541-3545

December 17, 2021

The Honorable Kenneth J. Mansfield
U. S. Magistrate Judge
U.S. District Court Clerk's Office
300 Ala Moana Blvd., Room C-304
Honolulu, Hawaii 96813

MC 21-00478-JMS-KJM

Re:   Court Appointment for **Curtiss E. Jackson**

Dear Judge Mansfield:

Attached please find a financial affidavit for Curtiss E. Jackson. Mr. Jackson is requesting that he be appointed counsel. He is presently a target of investigation for mail and wire fraud and wishes to have the advice and representation of counsel in this matter. His financial affidavit is submitted to determine if he is eligible for appointed counsel.

Our office cannot represent him due to a conflict of interest. Therefore, a member of the CJA panel should be appointed to represent Mr. Jackson. Please have the CJA attorney call us for Mr. Jackson's contact information.

Very truly yours,

CRAIG W. JEROME
Assistant Federal Public Defender
District of Hawaii

CJW:hh
Attachment